**JUNE 8, 2015 -- I SIGNED THIS REPLY TO COMPLAINT ON PAGE 18. PAGES 19-31 ARE SUPPLEMENTS INCLUDING MY MAY 27 FILING FOR AN EXTENSION ON PAGES 25-31.  PAGES 23-24 ARE IMPORTANT. THE LAWYER AGREED TO DROP THE CASE THIS MORNING IN EXCHANGE FOR A NON-DISPARAGMENT AGREEMENT -- AND I REFUSED.**

**JUNE 7, 2015 - I am cutting my Reply to the Complaint short – it was due Monday, June 8.**

On Saturday, June 6 at 4:51pm I received the following email from The Plaintiff --

**Ronnie Moas, Mr. Randazza asked me if he can drop the case and I agreed, Nevena**

Prior to this, I received this message via email from The Plaintiff's lawyer (Randazza) at 10:48am on Wednesday, June 6 -- **Mr. Moas -- I am talking to my client about capitulating to your threats. Give me until Friday – Marc Randazza.**

I assume this extortion attempt disguised as a (frivolous) lawsuit is being dropped.  It was in my opinion -- and the opinion of all who I shared my files with -- an internet photo trolling extortion scam.  **I will be traveling June 9 until June 25.**

**Case 1:15-cv-21494-JAL**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

Nevena Tsvetenova Vrachovska, Plaintiff

v.

Ronnie Moas, and Philanthropy and Philosophy, Inc.
Defendants

FILED by _CHM_ D.C.

JUN 0 8 2015

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Your Honor --

I, Ronnie Moas, am defending myself Pro Se in what many individuals, including lawyers and police officers, have already told me is a vicious and malicious well-known internet photo trolling extortion scam. I explain below one of the many reasons why I am forced to represent myself. Philanthropy and Philosophy, Inc. was a project that never got off the ground and was all but scratched in August 2014 after just three months – two months before The Plaintiff contacted me regarding the photo being disputed. The www.philanthropyandphilosophy.com was under construction; frozen and never finished. I have two people who came out of nowhere and are trying to destroy my life. I am a very sensitive and extremely emotional person. I have been in a constant state of infuriation for most of the last two months; suffering from stress, chest pains; stomach pains and anxiety attacks because of this threat on my life.

PS —
I never received
reply to my may 27
motion
in
the
mail
as
I was
told I would
receive.
Thank you

I have a pile of <u>400</u> pages here – more than 200 emails that were exchanged; plus my 64-page reply to the complaint and more than 150 pages of supporting documents.  I found out after typing everything that a reply to a complaint needs to be short so I will save most of what I have in front of me for the next court date. This is my first time being sued (at age 48). I have no idea what I am doing and if I lose this case on a technicality or legal loophole it is because I had no lawyer by my side during this extortion attempt (or before I was hit with this lawsuit). Again, I apologize for my foul language – I had no idea how else to let off steam and control the anger and fury. At my low point in this process, I thought several times to take my life. The police were here three times and I am now on medication (Ativan). I am now scrambling at the last minute – three days before a June 8 deadline to file my answer – to re-write my reply. I am also right before a June 9-25 business trip and suffering from cubital tunnel syndrome in my typing arm.

## ANSWER WITH AFFIRMATIVE DEFENSES

<u>Note</u>: I am suffering from **cubital tunnel syndrome** and am three days away from a 17-day business trip so it will not be possible to answer the complaint line by line. I am emotionally and physically exhausted. Two months of my life have been completely destroyed by this extortion attempt. **More than 200** nasty emails have been exchanged between the lawyer; the plaintiff; and myself.  I had seven police officers here last week all of whom seemed to be in agreement that I am the victim of an extortion attempt and that an investigation is warranted. I already contacted the FBI; I am filing complaints with the bars in each of the five states Randazza is registered; and I am going public with my story. At my low point in this process I was taking medication (Ativan) to control suicidal thoughts and anxiety attacks -- unable to deal with the daily mocking, taunts, humiliation and attempt to destroy my life by the lawyer who has threatened my life and used every filthy trick in his book during the last two months including an unsuccessful attempt to trap me in a one-hour phone call on May 23. Throughout the entire process I communicated with him because I thought I was obligated to. Only last week, did a police officer who was called to my home, explain to me that I should not have communicated with Randazza and was under no obligation to communicate with him.

## GENERAL ALLEGATIONS

I am only replying to paragraphs in the complaint that warrant a reply. Most of it is just legal mumbo jumbo and smoke and mirrors fluff to build up the legal tab he has tried to scare me with on several occasions.

Paragraph 2 – in my opinion the photo being disputed was copyrighted not in order to prevent its theft -- It was copyrighted and allowed to float freely on the internet in the hope that someone would stumble upon it as my assistant did. The photo in dispute popped up when he did a search for FREE Plato images. Here it is with no watermark or credit attached -- http://mrfreebird.webs.com/plato.htm Even if I had the time to look over my assistants shoulder, I would not have known this photo was copyrighted. There are 52 photos on the www.philanthropyandphilosophy.com Home page. All were either paid for via a $299 subscription at Getty Images, or taken from free photo sharing sites such as Wikimedia Commons.

**All exhibits I refer to in this reply are already in Randazza's possession but not attached here because I was told the reply must be limited in length. I will have hundreds of pages with me in court including email exchanges and supporting documents.**

Paragraph 9 – There was never any willful copyright infringement. I myself am a photographer and would never dream of taking something for nothing from a fellow photographer (or anyone). I am a very religious person and although I am not perfect, every step I take is guided by what I read in Proverbs, Sirach and Wisdom of Solomon (from The Bible).  I have taken more than 10,000 photographs in 50 countries. I recently was accepted to sell my photos at the most famous Art Fair in the world – Art Basel Miami Beach December 3-6, 2015 – and I already paid $3,000 down payment for my booth.

Paragraph 10-15   When I received the October 19 email from The Plaintiff, I was convinced that it was a scam similar to scams I received every day at my eight email addresses. I had never even heard of www.alamy.com before then.

Paragraph 18   The photo in question was one of fifty-two (52) photos that my assistants Mary Lou Dickinson and Santiago Hurtado chose for the Home page under **specific** and clear instructions to take only images I paid for at www.thinkstock.com – **EXHIBIT 15** is already in the lawyer's possession but not attached here -- or that were available on free image sites such as Wikimedia Commons -- https://commons.wikimedia.org/wiki/Main_Page -- Wikimedia Commons is a database of more than **25,000,000** free and usable media files to which anyone can contribute – a search on this site generated 107 free images tied to Plato. SEE EXHIBIT 14. Randazza types in section 13 of his complaint -- that a five-year license for the work in question could have been purchased at alamy.com for as little as $15. SEE EXHIBIT 7. In fact, the photo I replaced the disputed photo with cost me $19. I could easily have gotten one for free if I wanted to.

This woman (Plaintiff) offers her services online for nine Euros (US$10) an hour. It was my feeling that this was an internet scam. In fact this photo appears with no strings, credits or watermarks attached at **http://mrfreebird.webs.com/plato.htm** and other sites online. That is where I thought the photo was taken from and I was not aware that it appeared on another site (with a watermark) until after the fact. I have more than 5,000 photos on my Facebook page from more than 40 countries and have never copyrighted any of them. It is mind boggling to me that the court can allow someone to **take a photo <u>of a statue</u>** that has been photographed <u>**millions**</u> of times and allow that person to plant the photo online and sue anyone who uses it **by mistake** for $175,000 – if it is indeed her photo.

We <u>**still**</u> don't even know if this woman is the actual photographer – as I have no time to investigate this claim or investigate who www.alamy.com is -- but I have to defend myself. When the 'photographer' contacted me I thought it was just another internet scam -- **I receive many scams daily in my mailbox – I have three businesses; eight email addresses and receive <u>hundreds</u> of messages a day -- mostly spam and scams.** Many of these messages, including the one in dispute come to me from outside the US from places as far away as China and Nigeria. I can't even countersue, because this person is in <u>**Greece**</u> and probably doesn't have a dime to her name based on what Randazza wrote me. **I hope the court takes into consideration that my response <u>to the October 19 email</u> came at 9pm at the end of a 15-hour workday and more than 100 emails received on that day. <u>SEE EXHIBIT 13</u>.**

I have never removed a watermark from any photo and would not even know how to do that. Yes, I am a photographer but I use a point and shoot feature and do not know how to edit or use Photoshop (type) software. I have never edited a photo in my life. I also doubt the assistants who were here would have done that. **They chose this photo because it popped up on a search for free Plato images**. I have not seen or spoken to either of them about this case and they have not been here in 15 months. They were here for a few hours a day for a few days **and that was it**. I decided to fight this on my own and not involve them.

Paragraph 20   The photo was removed a few days after I found out I was being sued. There was no registered letter or warning that I would be sued. Only a $175,000 lawsuit that was frivolous, dishonest, loaded with omissions and words taken out of context. Only the legal umbrella protects Randazza from a slander and defamation of character lawsuit. I recently attempted to pay for the photo and the plaintiff rejected the payment. This payment attempt was not an admission of guilt.

4

Paragraph 22 **The Plaintiff did not *politely* contact me on October 19 as Randazza states in his complaint.** The email started nicely and caught my attention **but ended** with an ultimatum; five-day deadline; demanding payment and insinuating I was a thief. I was infuriated and reacted as I did. I have trouble controlling my emotions when I get upset and the October 19 email **infuriated** me. Even though I sensed it was a scam, **I advised the plaintiff that after I investigated the matter, I would remove the photo** if I did indeed find it was hers and copyrighted.

No one knows how much pressure I am under with $130,000 in debt running **four** business on my own; working 18 hours a day and trying to survive. I am on medication to control anxiety and panic attacks and have other problems I am dealing with. No one knows in my shoes how they would have reacted to the October 19 email.

Paragraph 28   Randazza accused me in his complaint of setting up Philanthropy and Philosophy as a **sham** even though **nothing could be further from the truth**.  How does this even pass the smell test? I could have set up a single page website if a sham was what I was after. But this was no sham site. **It is one of the most beautiful websites on the internet** and generated more than two-dozen television, magazine, radio and newspaper interviews for me -- **including two cover stories** – even though I had no publicist. See exhibits 4 & 18. Philanthropy and Philosophy, Inc. **hurt** my Standpoint Research business **as I knew it would**. I posted **50** reports on that (P&P) website -- **more than 200 pages of information** -- much of which attacked the very (financial services) industry I am in. It takes me 48 years to build a reputation and this animal and his partners in crime tried to destroy it in five minutes by filing a frivolous lawsuit that now has my name on the Internet.

**Randazza is using the court system as a collection mechanism with little (or no) intent on actually going forward. Many judges have gotten wise to these trolling operations of using the court system as a tool to force out-of-court settlements. There's a very big difference between copyright enforcement and copyright trolling. What is going on here is that Randazza tried to scare me into paying more than the infringement is worth, and more than a court would allow. There may not have even been an infringement. Five times he has tried to resolve this and not let it get to court. He is afraid that I will complain to the bar and contact the FBI and as late as June 5 I still did not know if he was dropping the case or not. He and his client thought they caught a big fish when in fact nothing could be further from the truth. They know now that I have a negative net worth and are only fighting me in order to retaliate against me for fighting back; refusing to give in to the scam; and using foul language. Both of them realize now that they made a mistake.**

5

I know <u>all</u> about copyright … I write research reports for a living … I even wrote a 23-page report in 2013 on a publicly traded company (ACTG) that protects patents (Acacia Research) and by coincidence is now under government attack for its patent trolling antics – only now do I understand what this company is capable of doing now that I am on the receiving end of a lawsuit. I gave credit to all 25 people who I took material from on page 22 of that report – as I did in all of the <u>hundreds</u> of reports I wrote since 2001. <u>SEE EXHIBIT 6</u>.

**All exhibits I refer to in this reply are already in Randazza's possession but not attached here because I was told the reply must be limited in length. I will have hundreds of pages with me in court including email exchanges and supporting documents.**

**My name is now all over the internet for something – image selection -- I had no role in. The outrageous remarks in the complaint are now a public record and defamation of character. I write research reports for a living and now people who see my name tied to a copyright infringement lawsuit may suspect that my research reports were plagiarized.**

I never received a phone call, email or registered letter from Randazza. He was only interested in a $175,000 payday and would not waste his time on anything else. **In all honesty**, I did completely forget to follow up on my October 19 promise to investigate the situation (and remove the photo). I currently have **4,000** emails in my Inbox. I am human and there are <u>hundreds</u> of messages in my mailbox that I never responded to. I have dozens of people who saw me on television last year and requested a free trial to my service. I never replied to them and left tens of thousands of dollars behind. I either forgot or had no time to follow up. Since when can someone be sued for $175,000 because they forgot to follow up on an email? I never heard from the photographer or lawyer From October 19 until April 21 – not once. No warning; no registered letter – nothing.

I was targeted in an internet extortion photo scam and every one of the dozens of people I discussed this with has said the same – including lawyers and seven police officers who were here. Randazza has tried to extort money from me for two months. He recently **hired a Lieutenant Commander with a law degree – in my opinion only so that it makes his firm look legitimate.**  He is in my opinion a criminal and a snake – that is how he operates. Had Nevena written me on October 19 <u>with the same tone</u> that the Lieutenant wrote me on June 3 we would <u>NOT</u> be discussing this today. Instead she insinuated that I was a criminal; demanded money; and gave me a five-day ultimatum. I was certain it was a scam and I all but dismissed it -- as I do with <u>dozens</u> of similar emails every month.

*6*

I do not negotiate with terrorists and Randazza is a terrorist – he terrorized me and drove me to the brink of suicide as lawyers defending rapists do to rape victims on the witness stand. I was the one who was raped. Hardly a word of truth in his complaint. He tried to destroy my life over a $15 photo that ended up on my www.philanthropyandphilosophy.com website by mistake. The image was removed six weeks ago and she rejected my payment even though I am not certain there was an infringement. She also refused **several** requests in April to show receipts for the thousands of dollars in legal expenses she claimed and I believe she was lying about.

She wanted to **retire** at my expense and never work another day in her life. **She turned a $15 photo into a $175,000 lawsuit that could have destroyed my life.** In my opinion the photo was planted – it should **never** have popped up on a search for free images with no watermark -- http://mrfreebird.webs.com/plato.htm --

I also do not know how anyone expected me to take Randazza seriously. He works with the pornography industry; he says he would Piss on a Crucifix; and compares Muhammad to a Man's Penis – **I have the hard copies to prove it and so does he – it can't be denied**.

I have sent him **125** emails I sent him – yes **125** – and I received **90** from him and Nevena – yes **90**. Nevena copyrighted the photo **NOT** in order to protect it from being stolen – she copyrighted it -- in my opinion -- in the hope that someone would stumble on it as I did in a search for free images. Randazza is by his own admission inspired more by Larry Flynt than by God who he does not believe in – he also works with the pornography industry – the same industry that drives girls to suicide, drug addiction and sexually transmitted diseases.

I do not know why I, Ronnie Moas, am named as a defendant in this case, but I will reply anyway. Philanthropy and Philosophy, Inc. never got off the ground. I was the only person ever associated with the site. The website lost approximately $20,000 and was frozen since August 2014 just three months after it went live (even though it was still under construction). Philanthropy and Philosophy has less than $1,000 in the bank account and liabilities exceed that -- so P&P has no money to defend itself against this frivolous lawsuit and extortion scam (and I have no way to pay for its defense. The site has basically been on life support since August 2014. The only reason it was not disconnected was because it was 1,000 hours of work; tens of thousands of dollars out of my pocket; and was meant to be **a voice for three billion people in this world who live on less than $5 a day**. I kept the site connected in the hope some celebrity would endorse what I was doing and help me drive visitors there. I was doing God's work in a way that put my health, freedom, peace of mind and security at risk – and Randazza came out of nowhere to try and destroy it. He is a vulture looking for another piece of meat – a man with no conscience.

7

I have a negative net worth of $130,000 and that is expected to hit $170,000 next year. I spoke to many lawyers and it was impossible for me to pay what they were asking. There has never at any time been any net assets in my website (P&P) or my personal bank account. I work out of my two-bedroom rented apartment where I have lived since May 2010. I am 48 years old and never bothered to get a driving license -- so I own no auto. I own no jewelry, real estate, stocks, bonds or any type of asset (either). I have no savings or retirement plan.

I am a victim of an extortion scheme. I have been mocked, humiliated, slandered, violated and abused in the worst way possible. Seven weeks of my life have already been destroyed by this **frivolous $175,000 lawsuit and extortion attempt over a $15 photo** that ended up by mistake on the Home page of my philanthropic website – **if indeed it was a photo taken by the Plaintiff with unexpired rights is <u>still</u> unclear to me**. It was one of **52** photos on my Home page – all of which to my understanding were paid for or taken from free sites by my assistants.

If you do not crack down on 'lawyers' like Randazza he will continue to destroy other people in the future as he is doing to me. I repeat what I stated earlier --

Randazza is using the court system as a collection mechanism with <u>little</u> intent on actually going forward. Many judges have gotten wise to these trolling operations of using the court system as <u>a tool to force out-of-court settlements</u>. There is a very big difference between copyright enforcement and copyright trolling. What is going on here is that Randazza tried to scare me into paying more than the infringement is worth, and more than a court would allow. I still do not believe there was an infringement.

At my low point in this process I was on **<u>suicide watch</u>**. I have been trapped by a photo trolling scam and am going up against a 'man' with a degree in Law from Georgetown with 20 years of experience who has delivered a dishonest, fraudulent and careless complaint to the court albeit with many fancy legal codes (and language) that hopefully will <u>not</u> impress you.

I am filing a Complaint with the Florida Bar against him that hopefully will result in his banishment and expulsion from the profession.  This 'man' works with the pornography industry and on May 5 via Twitter compared Mohammed to a penis and refers to the Christian God as sick and twisted. *I am Jewish.* If I was King for a day, this 'man' would be **<u>tortured to death</u>**. That is what he is trying to do to me -- and that will be clear to anyone who takes the time to read the **<u>215</u>** emails that went back and forth between us; reads everything I have written that is not in this reply; sees the supporting documents not attached; and hears the unedited one-hour phone call he taped on May 23.



There really is no place in the legal system or on Earth for someone like this. Just because he has the power – that doesn't mean he has the right; and just because you can do something legally, that doesn't mean it is the right thing to do. People are sent to jail for crimes they did not commit all the time. People are given sentences and judgments completely disproportionate to the infraction all the time. Our legal system is far from perfect and is completely rigged against people like myself who have no money for a defense lawyer.

**I was given three options here –**

1 -- Defend myself against a $175,000 lawsuit with the knowledge that the $175,000 figure is far from theoretical. If this fight drags out for many years and I end up with a judge who does not like me, I could be forced to pay Randazza for the time he spent on this case.

2 – Pay the **$10,000** "settlement" extortion fee he tried to squeeze out of me on April 28 for a **$15** photo that ended up on my website by mistake. The $10,000 was for one day of work on his end **and included thousands of dollars** he "billed" me for  the following advice my friend, and highly regarded Michael Lewitt, gave me who has a degree from New York University YU Law School http://www.thecreditstrategist.com/about/

From Michael Lewitt --

Tell them to go fuck themselves. Make yourself judgment proof and report their lawyer to the bar. It will cost the lawyer a lot of money to defend the bar complaint.   Don't waste money defending the lawsuit.  You can have an attorney file a motion that the claim is frivolous and the lawyer will have to pay your legal fees. And take down the photo and use another one.  If you want my help let me know … this stuff infuriates me.

**From:** Marc Randazza [mailto:mjr@randazza.com]
**Sent:** Tuesday, April 28, 2015 9:49 PM
**To:** Ronnie Moas (Standpoint Research)
**Cc:** Michael Lewitt; Staff One; NevenaPhotography; Alex Shepard
**Subject:** Re: Vrachovska v Moas

We are already about $10,000 in legal fees into this case.  Unfortunately, a large percentage of those fees were caused by Mr. Lewitt's actions.

So before I was even served with papers, and just three days after the lawsuit was filed Randazza was already charging me $10,000. The police who were called here told me this is the standard amount demanded in this type of extortion. They were emphatic that I stop communicating with Randazza and told me to ignore him completely.

*9*

3 – My third option was to hire a lawyer who would have charged me $25,000-$50,000 to fight this frivolous lawsuit. **I do not have a dollar to my name** and will not borrow $25,000-$50,000 to defend myself against something I had no part in. Also, take into consideration that it will almost be impossible to recover legal fees if the judge agrees with me because the photographer lives more than 5,000 miles away and has little (or no) money.

So each of the three options I was given were worse than the next.

**Paragraph 38** in the complaint is ludicrous. I did not get any extra traffic at my site generated by the photo in question. I have the detailed website traffic reports to prove this. It was one of 52 photos on the Home page and nowhere on the internet could anyone have arrived to my website via that photo. In fact, **more than 99%** of the visitors to my website never even clicked on that photo.

**Paragraph 41** is a lie and insults the intelligence of anyone who reads it. The plaintiff did not lose one dime from this and there was no damage to her reputation. Had she contacted me in a nice way in October this issue would have been resolved on the spot. If I forgot about the initial exchange she (or Randazza) could have reminded me and or sent an official/registered cease and desist letter. Unfortunately, both are trying to hit the $175,000 photo trolling jackpot and were thrilled that I completely forgot to follow up on the October promise I made to take the photo down if my investigation found that an error was made.

**Paragraph 45** is a lie and insults the intelligence of anyone who reads it. Randazza states that the plaintiff could not be made whole by any monetary reward and that her damages are continuing and unremitting. Is this some form letter he printed out on legalzoom.com that he will bill me thousands of dollars for?  Is the court going to pay him for his time because I chose to fight?  Nothing could be further from the truth than what he types in Paragraph 48. I was the one who had two months of his life destroyed. I lost two clients because of this; **150 hours of my time**; my four businesses have been neglected. I lost two friends because of this and I am now not on speaking terms with my brother or mother because of this. They wanted me to pay the terrorist/extortion fee and I refused. I was physically sick and my family was dragged down as well. When I told Randazza this he laughed at me and mocked me -- as he has done **dozens** of times in an attempt to get me to breakdown and "settle" out-of-court.

My reply is more than 200 pages including supporting documents **and does not include** more than 100 pages of email exchanges. I was advised to keep this under 25 pages so I am only scratching the surface at this time. I **thank you** from the bottom of my heart for your patience, time, care and consideration. **NOTE**: I **am attaching the table of contents for the 18 exhibits. That page is from May 27. There have since been a bunch of exhibits added to those 18 and dozens of pages.**

I do not know where to start and where to end this. I **thought** I was done on Friday, May 22 and then the lawyer representing *The Plaintiff* (Nevena) in this photo trolling extortion scam called me on Saturday, May 23 in a desperate and devious attempt to prevent me from taking my reply to the courthouse before the original May 27 deadline that I had extended to June 8 with the attached and stamped six page supplement.

**Most people get frightened when they are served with court papers and then cut Randazza his check so that he goes away.  I can't do that.  I have decided to fight him to the end.**

There are many **solid** reasons why my reply is as long as it is – and you are only seeing a fraction of it here.  I was afraid I would leave something out even though many advised me that I typed too much. I figured *better safe, than sorry*. Now I am afraid I typed too much and that Randazza who trapped me into many of the April, May and June exchanges may find something to hang me on completely unrelated to the photograph in dispute.

**I have typed more than 60,000 words already -- all with one finger that was already with severe damage**. He has seen the doctor note on this. He is a criminal who has not yet been caught and had no case – but now he can find a few words out of 60,000 and turn what was nothing into something. His instigation and taunting during the last five weeks week was relentless – **I have more than 70 emails from him already**.

I think he was trying to squeeze a death threat out of me and/or get me to post something on social media – **which I never did** – so that he could have me arrested or sue me for slander. **I never did either**. I never fell into his May 23 phone call trap (either). If anything, he incriminated himself in that phone call. He may try to take a few seconds out of context from that call and use it against me although I do not believe he got what he tried to get from me in that phone call.

I have no skeletons in my closet and he was unsuccessful in causing me to melt down.

**I ended the 60-minute conversation when he suggested that I see a psychiatrist and he all but admitted that this case is no longer about a photograph but his desire to make my life miserable for me because of the nasty emails I sent him threatening legal retaliation.**

()

He also threatened and scared me in that phone call, when he said he knows the building I live in. He is a criminal who has not yet been caught. He works with the pornography industry and only God knows who his 'friends' are. He thinks he is invincible and nothing he will try to do to me would surprise me. This is a man who has no conscience.

I hope the court will demand that he turn over the **entire** tape. He never even told me I was being taped, but I suspected and figured this out when exactly 45 minutes into the one-hour call, the phone line went dead. I assume he had to switch sides on his 90-minute cassette. I let him know of my suspicion and he did not reply.

**Paragraph 49** is a lie. In my opinion the photo being disputed was copyrighted not in order to prevent its theft -- It was copyrighted and allowed to float freely on the internet in the hope that someone would stumble upon it as my assistant did. The photo in dispute popped up when he did a search for FREE Plato images. Here it is with no watermark or credit attached -- **http://mrfreebird.webs.com/plato.htm** Even if I had the time to look over my assistants shoulder, I would not have known this photo was copyrighted. There are 52 photos on the www.philanthropyandphilosophy.com Home page. All were either paid for via a $299 subscription at Getty Images, or taken from free photo sharing sites such as Wikimedia Commons. **Randazza has my receipt from Getty Images**.

Paragraph 54 is not true either. Randazza accused me in his complaint of setting up Philanthropy and Philosophy as a **sham** even though **nothing could be further from the truth**. How does this even pass the smell test? I could have set up a single page website if a sham was what I was after. But this was no sham site. **It is one of the most beautiful websites on the internet** and generated more than two-dozen television, magazine, radio and newspaper interviews for me -- **including two cover stories** -- even though I had no publicist. See exhibits 4 & 18.

Philanthropy and Philosophy, Inc. **hurt** my Standpoint Research business **as I knew it would**. I posted **50** reports on that (P&P) website -- **more than 200 pages of information** -- much of which attacked the very (financial services) industry I am in. Anyone that compares my 204 tax bill to my 2013 tax bill can see how much money I lost by setting up P&P. To suggest that I made one dime off of the photo being disputed is ludicrous.

12

This is an extortion attempt disguised as a legal lawsuit that Randazza **NEVER** believed would ever see the light of a courtroom. He has tried at least five times to end this before my reply is filed. The woman, the plaintiff, comes from a country, Bulgaria, where GDP per capita is $8,000. Anyone who thinks she copyrighted this photo in order to protect it from being stolen is mistaken. It was copyrighted and allowed – **possibly by www.alamy.com** – to float freely on the internet and pop up without watermarks on free Plato image searches in the hope that someone like my assistant would stumble upon it. She could then sue for $175,000 and never have to work another day in her life.

**IN FACT IF YOU LOOK AT THE PAPERS I WAS SERVED WITH, BEHIND THE HEADER BURIED BEHIND THE WORD DOCKET ARE THE WORDS <u>FREE IMAGE</u>. THIS IS A VERY CLEVER TRICK ALAMY.COM USES TO MAKE SURE THE IMAGE POPS UP ON FREE IMAGE SEARCHES. THIS IS NOT EVEN THE PHOTO THAT WAS ON MY WEB SITE. THE ONE ON MY WEB SITE, YTO MY UNDERSTANDING, CAME FROM http://mrfreebird.webs.com/plato.htm**

Maybe Randazza now realizes that he should have spoken to me before filing the complaint. He did not even know I had two assistants here. I have been **forced** to represent myself and that is why I may lose the case.

**He went on a six-week *fishing expedition* since the fake lawsuit was filed on April 21. He has squeezed every bit of information he could out of me via taunts, instigation, mocking, and tormenting that climaxed (but did not end) with a one-hour <u>unsuccessful</u> phone call trap on May 23. If he does not drop this "lawsuit" it is because I <u>forced</u> him to follow through – and he admitted this in our (only) phone call (to-date).**

This is a man who in my opinion should be **<u>tortured to death</u>** – that is no exaggeration, and it will be clear to whoever studies this case.  He had no case, and when he realized I would fight him, he got desperate and started engaging in filthy tactics that drove me to the brink of suicide several times. My mother in Israel (70) could easily have had a stroke on Saturday, May 23 because of this case **and Randazza (once again) mocked me after I advised him of this**.

I have also many times during this process felt blood rushing to my head. The stomach and chest pains were daily and Randazza forced me to take anti-anxiety attack medication (Ativan). He is like the lawyer we all hate -- who defends a bunch of gang-rapists -- who takes a girl who was gang-raped, places her on the witness stand, humiliates her and causes her to kill herself because of the way she was attacked, mocked and humiliated by the lawyer in cross-examination.

There are no words to describe his behavior. On April 28, I was facing his ultimatum to pay the extortion "settlement" fee of $10,000 to get the case dropped or pay <u>double</u> (or more) for a lawyer to get the $175,000 lawsuit dismissed. It is nothing short of terrorism. He sued me for $175,000 for a photo of a statue (of Plato) on the Home page of my -- *money-losing by design* -- philanthropic website <u>www.philanthropyandphilosophy.com</u>

The person suing me through Randazza – if indeed "she" even exists – now lives in Greece and claims rights to the photo which sells at one site for $15. You can get to her photo by doing an internet search for <u>**free**</u> Plato images – **<u>there are hundreds</u>** online to choose from -- and see that there are no watermarks, credits or copyrights attached on the photo in dispute. It is an internet scam, hoax and extortion attempt. The subject matter of the photograph is not even deserving of protection under some guidelines. It is a photo of a statue that has been photographed millions of times and is completely lacking in creativity and originality. I do not even know if the person in Greece who is suing me is the photographer.

**<u>IT IS MY FIRM BELIEF THAT THIS PHOTOGRAPHER IN GREECE – WHO LIVES MORE THAN 5000 MILES AWAY – IF THIS PERSON DOES INDEED EXIST – DID NOT COPYRIGHT THE PHOTO – IF INDEED SHE TOOK THE PHOTO – IN ORDER TO PREVENT IT FROM BEING STOLEN. SHE COPYRIGHTED IT AND ALLOWED IT TO FLOAT ON THE INTERNET IN PLACES WHERE PEOPLE EASILY COULD HAVE MISTAKEN IT FOR A FREE TO USE IMAGE. SHE COULD THEN POUNCE ON THAT PERSON AS SHE DID WITH ME AND TRY WITH HER PARTNER IN CRIME (LAWYER) TO HIT THE PHOTO TROLLING JACKPOT OF $175,000.</u>**

There are many reasons my reply is longer than you would expect for a case like this. On Thursday evening, May 21, I was done with my reply and sent FedEx a copy of my reply to the Randazza *Legal* Group. I place Legal in Italics in order to be sarcastic. In fact, this firm may be engaged in **illegal** activities but apparently has never been caught because <u>no one stood up to them as I have</u>. The photo was taken down long ago, my payment was rejected as was my offer to settle – IN A MOMENT OF WEAKNESS AND DESIRE TO END THIS HORRIBLE BATTLE AND NOT OUT ADMISSION OF GUILT. There were brief moments of emotional and physical weakness -- and on advice from friends, relatives and business associates who were concerned for my health -- when I thought to settle, but then I changed my mind and that fighting stance has been my position for all but a few moments during the last seven weeks.

14

I apologize for the length of this but it is critical that you read everything. I also apologize if I repeat myself along the way. My fear is that this reply will be skimmed over and points that can make or break my case will be overlooked. **By repeating myself here and there I reduce the risk of a major point being overlooked.**

I have spoken with <u>dozens</u> of people – **some of whom Randazza has harassed** – engineers; lawyers; doctors; rocket scientists; friends; relatives; business associates; people who have sued and people who have been sued. Everyone agreed that I was the target of an extortion – as I have known all along. Unfortunately I am forced to defend myself and I explain this below.

This battle is not just to clear my name but to take a stand against a criminal who has no conscience, **who will destroy many lives in the future if he is not stopped**. I am filing a complaint against him in all five states that he is registered in and will send a copy of this complaint to those respective bars. It is my intention to counter-sue with <u>all</u> money going to charity. I, **as opposed to Randazza and his client**, am not going to try to profit from this even though I suffered more than anyone could imagine.

In an effort to cut down the number of pages you are forced to read, I did not include all of the more than 200 emails exchanged between Randazza, Nevena and myself; and unfortunately I do not have a tape of the one-hour phone call Randazza tried to trap me with last month.

I am overwhelmed by this – my first legal process. If I lose this case on a technicality or loophole, it is because I had no legal representation and was going up against a big-shot lawyer who recently beat Alan Dershowitz in a case. A good lawyer on my side <u>could have</u> done in a few pages what I may fail to do with the <u>400</u> pages on my desk. I am not a lawyer or private investigator and have no time to initiate an investigation.  The Miami Beach Police and the FBI have already been notified.

<u>**THERE IS SOMETHING ABSOLUTELY CRITICAL TO THIS EXTORTION CASE THAT CAN'T BE UNDER-ESTIMATED. ALTHOUGH I DO HAVE A GENIUS IQ, AND WAS THE # 1 RANKING FINANCIAL ANALYST IN THE WORLD (2008-2015), I DO HAVE A CHEMICAL IMBALANCE IN MY BRAIN THAT CAUSES ME TO GET VERY EMOTIONAL AND SOME WOULD SAY OVER-REACT. I DO NOT THINK I OVER-REACTED TO A PIECE OF FILTH (RANDAZZA) WHO CAME OUT OF NOWHERE TO TRY AND DESTROY AN INNOCENT LIFE, SO I MUST BE EXCUSED FOR MY FOUL LANGUAGE TO RANDAZZA AND THE PLAINTIFF THAT I USED IN MANY OF MY MESSAGES TO THEM.**</u>



**THERE WAS NEVER A CEASE AND DESIST LETTER OR WARNING. HE TRIED TO TURN WHAT MAY HAVE BEEN A MINOR AND INNOCENT INFRACTION BY MY ASSISTANT, INTO A $175,000 PHOTO TROLLOING LOTTERY JACKPOT FOR NEVENA AND HIMSELF. THANKFULLY, I AM A PEACEFUL PERSON WHO HAD NO ENEMIES PREVIOUSLY, AND I HAVE NOT HAD A PHYSICAL ALTERCATION IN MORE THAN 25 YEARS. THINGS THAT WOULD MERELY UPSET OR DEPRESS THE AVERAGE PERSON CAUSES ME TO THINK OF TAKING MY OWN LIFE AND FOR THAT I TAKE MEDICATION. ACTIONS THAT MAY NOT INFURIATE THE AVERAGE PERSON INFURIATES ME. RANDAZZA KNOWS THIS AND TOOK ADVANTAGE OF THIS. HE WAS ACTIVELY TRYING TO INFURIATE ME. IT WAS GOING ON ALMOST ON A DAILY BASIS FOR SEVEN WEEKS. I KNOW OF MANY WAYS PEOPLE CAN DEAL WITH FURY AND RAGE: TRYING TO IGNORE THE INSTIGATOR; MEDITATION OR SOME OTHER RELAXING ACTIVITY; SCREAMING; BREAKING SOMETHING; DOING ILLEGAL AND PHYSICAL HARM TO THE ONE CAUSING THE RAGE; SENDING A NASTY EMAIL WITH FOUL LANGUAGE, ETCETERA. FOR ME THE ONLY OPTION WAS THE LAST ONE I LISTED. EVERY TIME RANDAZZA TRIED TO UPSET AND INFURIATE ME – AND IT STARTED WITH A FRIVOLOUS LAWSUIT COMPLETELY FILLED WITH EXAGGERTIONS, LIES, FALSE ASSUMPTIONS, NEGLIGENCE, ERRORS AND OMMISSIONS AND ENDED WITH HIM MOCKING ME AFTER I TOLD HIM ABOUT HOW THIS HAS IMPACTED MY AGING MOM – I WOULD GET STOMACH AND CHEST PAINS AND FEEL BLOOD RUSHING TO MY HEAD. I WOULD REACT WITH A NASTY EMAIL FILLED WITH FOUL LANGUAGE.  I AM SORRY, BUT IT MADE ME FEEL BETTER. SOMETIMES I WOULD TAKE MEDICATION TO CALM DOWN, BUT FEAR OF ADDICTION TO THIS POWERFUL MEDICATION LIMITED MY PILL INTAKE TO LESS THAN TEN PILLS DURING THE LAST SEVEN WEEKS. THANK GOD I DID NOT THREATEN HIS LIFE OR SLANDER HIM IN THE HEAT OF THE (SEVEN-WEEK) MOMENT. THIS EVIL BASTARD – AND THAT IS WHAT HE IS -- CAME VERY CLOSE TO BREAKING ME DOWN ON SEVERAL OCCASIONS. HE TAKES PLEASURE IN MY PAIN AND IS WICKED MAN FOR WHOM NO PUNISHMENT OUTSIDE TORTURE WOULD BE SUITABLE. THAT IS WHAT HE DID TO ME.**

There is another important issue to take into consideration – and that is I may have been targeted for attack. **I built one of the most beautiful websites in the world** www.philanthropyandphilosophy.com -- but it is, in part, a political site. I have at the site -- and especially in my 44-page report -- see link on home page top -- verbally attacked very powerful publicly traded companies such as Philip Morris, Amazon, Apple and Starbucks; their founders and CEOs; conservatives and those in the top 1% of this vulture capitalist pyramid system that allows shareholders in a company like Walmart to sit on $250 billion in stock while the employees live on $8 an hour and food stamps. Several people warned me that I could be targeted when I built the site and many suggested this to me during the last seven weeks. **This was a factor** -- albeit not a critical one -- in my dismissing this as a scam when I was first contacted on October 19 and needs to be considered and factored into your decision.

16

I need to make it absolutely clear, that my website had been all but scratched in August 2014 **two months** <u>**before**</u> Nevena contacted me and has remained inactive and without an update ever since. Again, I have no proof that this person even exists and that she and her claims are legitimate. Philanthropy and Philosophy, Inc. was designed to cost me money, but I under-estimated how much it would end up costing me. I stopped driving traffic there and actively promoting the site three months after it went live (In May 2014). I never finished proof-reading the 48 reports that were posted there; I never hired a social media manager or publicist; I never hired an accountant or lawyer; never took out errors and omissions insurance and never hired anyone full-time. To date, there were $40,000 in expenses and $20,000 in donations. I have not even filed 2014 taxes for P&P because I am $130,000 in debt and recently took out a loan @ 36% interest from On Deck Capital -- *publicly traded under ticker symbol ONDK* – in order to make it through to the end of May. Randazza and Nevena assumed I was wealthy because I was the founder of a financial services firm and what they thought was a philanthropic company with deep pockets. That is why they targeted me. Nothing could be further from the truth ... I have a negative net worth and I elaborate on that in my supporting documents (exhibits not attached). They would have dropped this case weeks ago after finding out I have no money. The <u>**ONLY**</u> reason they have remained in this battle – **and they have both all but admitted this outright** -- is to punish and retaliate against me for my foul language and counter-attack.

**I am cutting my Reply to Complaint short – it was due Monday, June 8.**

On Saturday, June 6 at 4:51pm I received the following email from The Plaintiff --

**Ronnie Moas --**

***Mr. Randazza asked me if he can drop the case and I agreed.***

Prior to this, I received this message via email from The Plaintiff's lawyer (Randazza) at 10:48am on Wednesday, June 6 --

***I am talking to my client about capitulating to your threats. Give me until Friday.***

**I assume this extortion attempt disguised as a** (frivolous) **lawsuit is being dropped. It was in my opinion -- and the opinion of all who I shared my files with -- an internet photo trolling extortion scam. I will be traveling June 9 until June 25. The threats I made – that Randazza refers to in his June 6 message – were legal threats.**

**Ronnie Moas**



I deny The Plaintiff's claims in their entirety.

I, Ronnie Moas, am representing myself Pro Se

X _____

1504 Bay Road # 2210

Miami Beach, FL 33139

A copy of this document was forwarded to The Plaintiff's Attorney via email on
June 8, 2015 @ 09:45am

18

**Ronnie Moas**

Founder of www.philanthropyandphilosophy.com
Founder and Director of Research at www.standpointresearch.com
MBA in Finance, City University of New York (Baruch College)
Sergeant, Israeli Army (1987-1990)

## My interview from London starts @ 15:40 and runs to the end ... https://www.youtube.com/watch?v=J5Tw-0NdF10

## My interview from Washington starts @ 18:55 ... https://www.youtube.com/watch?v=7nRHMAcPtFo

## Ronnie on CNBC ... http://video.cnbc.com/gallery/?video=3000235950

From www.tipranks.com

**Ronnie Moas # 1 ranking 2008-2015**

Average return of the **421** recommendations in the one month following each stock rating.

<u>**Ranked # 1 out of 3604** Analysts</u> (Ranked # 8 out of 7986 total experts). Percent positive after one month: 63%

Average return of the **421** recommendations in the three months following each stock rating.

Ranked # 2 out of 3604 Analysts (Ranked # 6 out of 7986 total experts) Percent positive after three months: 67%

Average return of the **421** recommendations in the one year following each stock rating.

Ranked # 16 out of 3604 Analysts (Ranked # 32 out of 7986 total experts). Percent positive after one year: 75%



**Ronnie Moas in the Media**

January 2014- August 2014

The Disciplined Investor / August 21
Interview with Andrew Horowitz

Interview / Cover Story / August 15
South Florida Business Journal

Taking Stock with Pimm Fox
Bloomberg television / August 12

Keiser Report with Max Keiser
Russia Today / E619 / June 26

Howard University Radio / June 4
Interview with Carl Joseph WHUR

Keiser Report with Max Keiser
Russia Today / E608 / May 31

Interview with Ric Young
Voice of Russia / May 23

Breaking the Set with Abby Martin
Russia Today / May 22

Interview with Joel Elconin
Benzinga / May 14

Interview with Tim Danahey
Tim Danahey Show / April 11

Interview with Julien Cadot
RageMag France / March 21

The Willis Report with Gerri Willis
Fox Business / January 18

20

Taking Stock with Pimm Fox
Bloomberg television / January 17

MoneyBeat with Paul Vigna
Wall Street Journal / January 16

Fast Money with Melissa Lee
CNBC / January 15

Interview with Ric Young
Voice of Russia / January 9

Interview with Al Lewis
MarketWatch / January 8

*EXHIBITS   NOT   ATTACHED.*

**Exhibit 01 – Prescription for Ativan from Dr. Cornel J. Lupu _**

**for control of suicidal thoughts, anxiety and panic attacks _** Page 45

**Exhibit 02 – Medical Diagnosis from Dr. George C. Diaz _**

**Cubital Tunnel Syndrome _** Pages 46-48

**Exhibit 03 – www.standpointresearch.com -- Home page _** Pages 49-52

**Exhibit 04 – www.philanthropyandphilosophy.com -- Home page _** Pages 53-60

**Exhibit 05 – Ronnie Moas Facebook _** Pages 61-66

**Exhibit 06 – Acacia Research _** Pages 67-69

**Exhibit 07 – RLG complaint against Philanthropy and Philosophy, Inc. _** Pages 70-78

**Exhibit 08 – Spam coming into ronnie@standpointresearch.com _** Pages 79-86

**Exhibit 09 – May 20 email exchange with Randazza _** Pages 87-88

**Exhibit 10 – Financial Statements _** Pages 89-92

**Exhibit 11 -- Statement from On Deck Capital _** Page 93

**Exhibit 12 – Website traffic report from hitslink.com _** Pages 94-96

**Exhibit 13 – My reply to October 19 email from Nevena _** Page 97

**Exhibit 14 – Results from Wikimedia Commons free Plato images search _** Pages 98-106

**Exhibit 15 – Receipt from Getty Images (thinkstock) _** Pages 107-109

**Exhibit 16 -- http://mrfreebird.webs.com/plato.htm _** Pages 110-114

**Exhibit 17 – Tweets from Marc Randazza _** Pages 115-119

**Exhibit 18 – Ronnie Moas in the Media January 2014 through August 2014 _** Page 120

**Exhibit 19 – Ronnie Moas Cover Story South Florida Business Journal _** Pages 121-123

**Exhibit 20 – Letter from my Mom _** Pages 124-125

**Exhibit 21 – E-mails from Ronnie Moas May 22-25, 2015 _** Pages 126-160

22

BELOW IS AN EXCHANGE BETWEEN RANDAZZA AND MYSELF ONE HOUR BEFORE I TOOK MY REPLY TO THE COURT.

THIS WAS HIS SIXTH ATTEMPS TO END THIS BEFORE IT GETS TO A JUDGE

**Ronnie Moas (Standpoint Research)**

| | |
|---|---|
| **From:** | Ronnie Moas (Standpoint Research) <ronnie.moas@verizon.net> |
| **Sent:** | Monday, June 8, 2015 11:03 AM |
| **To:** | 'Marc Randazza' |
| **Cc:** | 'Staff One'; 'NevenaPhotography'; 'Alex Shepard'; 'rjglv@randazza.com'; 'Jeremy Robins' |
| **Subject:** | Non Disparagement |
| | |
| **Importance:** | High |

I really do not know how to answer your email. This is not justice in my view.

I am going away for 17 days tomorrow. I can't (yet) agree to your conditions and refuse to let you upset me before my trip.

You destroyed two months of my life and I believe you are going to do this to others in the future.

I need, while I am away, to think about how I will or will not proceed. **I feel like I have a civil responsibility to go public with my story so that others can avoid falling into the same trap you set for me.**

I also do not have a lawyer to review what you are suggesting. I can't cut off all of my options at this time and understand why you are pressuring me to do so.

The damages to me to-date are immeasurable and I feel to walk away with only a non-disparagement agreement allows you to destroy others in the future;

never pay for the harm you caused me;

and never be held responsible for the anti-Mohammed and anti-Christ remarks you made (which you have tried to wipe off the internet; albeit unsuccessfully).

I am the only one who can legally retaliate against you via complaints to the five bars you are licensed in – and in other ways -- and you are worried about this.

If I am not able to stand in your way; you will be empowered and you will go completely out-of-control.

You can drop the case with no strings attached and I will take that into consideration. If you do not drop the case I will also take that into consideration. I have a problem with you trying to attach *strings* to the dropping of the case (that I will not understand the implications of).

I am more than happy to drag this case through the court system – you have no case and have no way to ever receive any money from me.

I will not let you try dropping this case to my right to seek justice in the future; right to write a book; set up a website; or something else;  if I decide to do so.

I also will not sign something I will regret later. I will not let you try to hang me on a technicality tied to a non-disparagement agreement as you tried to do with copyright law. I do not trust you at all.

**I am going to the courthouse at Noon to file my reply.** You were both hostile towards me and threatened my life. I merely **reacted to** your behavior.

At this time, I can't agree to guarantee you anything. If I see you behaving towards others in the future as you did to me, and making racist comments against Jews, Christians and Moslems, I can't guarantee that I will not get involved.

I also have no control over what friends, or anyone else connected to me will or will not do ever again, in any capacity.

If I was to agree to the non-disparagement agreement, it has to be a two-way street and I need to know that Nevena will not try to sue me in the future through someone else and that neither of you will directly or indirectly try to come after me for something else on one of my Facebook pages or websites.

My leaning, is to walk away from this and never have anything to do with either of you again, but the agreement has to be in simple English as I will not have a lawyer review it ... and it has to protect me the same way it is protecting you.

23

I will leave you in God's hands after I sign whatever it is you put in front of me -- if I decide to sign anything. I really want the life back that I had two months ago.

I trust that God will pay me back and reward me tenfold for my pain and that he will hold you both accountable for what you did to me at His time and place of choosing if I (or my charity) am not reimbursed by you for the pain and suffering you caused me and my family.

You almost destroyed my life over a $15 photo of a statue and are now asking that I let you off the hook with a mere *slap on the wrist?*

I will be walking by myself in New York, Zurich, Krakow, Munich and Reykjavik more than 120 miles (200 kilometers) in the next 17 days and will be thinking during that time if and how I should proceed.

I can't guarantee anything before I return -- you can drop the case with no strings attached and I will take that into consideration.

If you do not drop the case I will also take that into consideration and there will be no warnings before I act if I decide to do so.

I need you to drop the case with no strings attached and know that Nevena will not try to sue me in the future through someone else and that neither of you will directly or indirectly try to come after me for something else on one of my Facebook pages or websites.

That will be your wisest move. Your request is not fair to me at all and I can't agree to it at this time. I can't allow 100,000 words typed with one finger; dozens of phone calls and two months of blood, sweat and tears to go without punishment or cost on your end.

**From:** Marc Randazza [mailto:mjr@randazza.com]
**Sent:** Monday, June 8, 2015 10:04 AM
**To:** Ronnie Moas (Standpoint Research)
**Cc:** Staff One; NevenaPhotography .; Alex Shepard; rlglv@randazza.com; Jeremy Robins
**Subject:** Re: Reply to Complaint ( Filed )

ronnie,

the deal would be (if we come to one) that we will withdraw the case in exchange for a complete cessation of any and all hostile actions by you, and a complete and total non-disparagement agreement.  We have decided to capitulate to your threats, but only if the capitulation will result in us never hearing from you, your friends, or anyone else connected to you ever again, in any capacity.

Can you guarantee that?

On Mon, Jun 8, 2015 at 6:46 AM, Ronnie Moas (Standpoint Research) <ronnie.moas@verizon.net> wrote:

It is not clear to me if this case is being dropped before my June 8 deadline to file my reply expires.

**The attached document is being hand delivered to the court today at Noon.**

Received June 6, 2015 @ 4:51pm

24

Case 1:15-cv-21494-JAL

May 26, 2015

FILED by _____ D.C.

MAY 27 2015

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case 1:15-cv-21494-JAL

Nevena Tsvetenova Vrachovska, Plaintiff, v.

Ronnie Moas, and Philanthropy and Philosophy, Inc., Defendants
COMPLAINT FOR VIOLATION OF 17 U.S.C. 501 and 1202 (b)
DEFENDANTS MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

1.   My name is Ronnie Moas and I am defending myself. I do not have a dollar to my name. **I am defending myself against a vicious internet photo trolling scam operation and deny all wrong-doing**. My intention was to respond by the May 27 deadline and in fact I already sent my 120-page reply to the complaint to the Plaintiff's lawyer on May 21, 2015, but I had no legal advice and I have been advised that this may have been a mistake.

2. I had seven police officers at my home on Tuesday, May 26, 2015. Five came in the afternoon, and three came in the evening (including one who was here in the afternoon). I have requested that a criminal investigation be launched and the officers who were here in the afternoon agreed that this should be handled by a detective. One of the officers called the detective from my apartment and the detective agreed to investigate. I prefer to keep the case number to myself at this time.

3.   There were significant developments since May 21 including a one-hour (trap) phone call from the plaintiff's lawyer to me and several dozen e-mails that I may or may not include in the reply to my complaint. I worked around the clock all weekend to revise my 120-page reply to this extortion attempt to the 170-page reply I plan to file on (or before) June 8, but I was unsuccessful in getting the 170 pages in order. I need to request a 14-day extension. I was going to attach my 120-page reply from May 21 that was already delivered to the plaintiff's attorney to this request **BUT HAVE BEEN ADVISED NOT TO ATTACH IT TO MY REQUEST HERE OR TO MY REPLY TO THE COMPLAINT (ANSWER WITH AFFIRMATIVE DEFENSES)** that I hope you will allow me to deliver on (or before) June 8. I am not guilty and deny any and all of the claims against me. **I may have new evidence that** – contrary to the plaintiff's claim – the photo in dispute was in fact a free and planted image as I have suspected all along.

25

Case 1:15-cv-21494-JAL

May 26, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case 1:15-cv-21494-JAL

Nevena Tsvetenova Vrachovska, Plaintiff, v.

Ronnie Moas, and Philanthropy and Philosophy, Inc., Defendants
COMPLAINT FOR VIOLATION OF 17 U.S.C. 501 and 1202 (b)
DEFENDANTS MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

1.   My name is Ronnie Moas and I am defending myself. I do not have a dollar to my name. **I am defending myself against a vicious internet photo trolling scam operation and deny all wrongdoing**. My intention was to respond by the May 27 deadline and in fact I already sent my 120-page reply to the complaint to the Plaintiff's lawyer on May 21, 2015, but I had no legal advice and I have been advised that this may have been a mistake.

2. I had seven police officers at my home on Tuesday, May 26, 2015. Five came in the afternoon, and three came in the evening (including one who was here in the afternoon). I have requested that a criminal investigation be launched and the officers who were here in the afternoon agreed that this should be handled by a detective. One of the officers called the detective from my apartment and the detective agreed to investigate. I prefer to keep the case number to myself at this time.

3.   There were significant developments since May 21 including a one-hour (trap) phone call from the plaintiff's lawyer to me and several dozen e-mails that I may or may not include in the reply to my complaint. I worked around the clock all weekend to revise my 120-page reply to this extortion attempt to the 170-page reply I plan to file on (or before) June 8, but I was unsuccessful in getting the 170 pages in order. I need to request a 14-day extension. I was going to attach my 120-page reply from May 21 that was already delivered to the plaintiff's attorney to this request **BUT HAVE BEEN ADVISED NOT TO ATTACH IT TO MY REQUEST HERE OR TO MY REPLY TO THE COMPLAINT (ANSWER WITH AFFIRMATIVE DEFENSES)** that I hope you will allow me to deliver on (or before) June 8. I am not guilty and deny any and all of the claims against me. **I may have new evidence that** -- contrary to the plaintiff's claim – the photo in dispute was in fact a free and planted image as I have suspected all along.

*26*

4   Several of the officers that were at my apartment yesterday found the papers I was served with to be very suspicious looking. There was no raised seal and no case number -- only a black and white photocopy – and I was served by someone with a <u>fake</u> police badge. One of the officers here was emphatic that I stop communicating with the lawyer representing a photographer in Greece, the plaintiff, who may or may not exist -- and even went as far as advising me to block the emails from Randazza who I did not know was allowed to contact me.   All of the dozens of people I have shared my files with are convinced that I am being targeted in a very well-known internet photo trolling extortion scam.

5   I have negative net worth of $130,000 and Philanthropy and Philosophy, Inc. also has liabilities exceeding the $772.00 in the bank account. I am defending myself against a hardcore extortion attempt and this is clear to all of the dozens of people, lawyers included, who have seen my file.

6   Again, I had my reply prepared in time, but harassment, mocking, tormenting, intimidation, instigation and other extremely nasty tactics by the plaintiff's attorney in the last five days have forced me to require additional time.

7   The lawyer and plaintiff have all but admitted to me that this is personal and no longer about a photograph but about their desire to make my life miserable in retaliation for my counter attack that included foul language and refusal to give in to their extortion demand.

8   I am on medication now to deal with anxiety attacks and suicidal thoughts tied to this case that intensified significantly recently. I am no match for this 'big shot' attorney from the pornography industry who can destroy me on a loophole, technicality or procedural error and is now desperately, in my opinion, trying to trap me on slander or threat because he knows he has no case on the photo.

9   I am physically and emotionally devastated by this attempt by two people who are criminals – albeit not yet caught -- who came out of nowhere to attempt and destroy my life. I am struggling to keep a roof over my head juggling four business simultaneously while the cold-blooded criminals try to destroy my life in order to improve their own lives financially at my expense. There is a limit as to how much time I can spend on this case without suffering heavy financial damages for the time my businesses have been neglected. I have already put in more than 100 hours of my time to defend against this frivolous lawsuit and extortion attempt. The website under attack was trying to help the poor but that does not matter to these filthy and wicked individuals who are trying to extort money from me.

10   The system is completely rigged against people like myself who are forced to defend themselves with no knowledge of the legal system or time to learn the legal system while allowing people like Randazza to destroy the lives of innocent people. My heart has been broken and only a little bit of remaining faith in God is keeping me alive right now. I think every day about killing the lawyer and myself <u>but I will not do so</u>. This monster is completely out of control and the legal system is allowing him to run free.

27

11   I, Ronnie Moas and my one-man operation Philanthropy & Philosophy, Inc. request that this Court enter an order granting us an extension of time of 14 days.

12   I ask from the bottom of my heart to overlook the fact that the format and language I use is not what you usually receive. I find it **IMPOSSIBLE** to control my emotions at this time. I really am dealing with the scum of the earth and have no one to assist me in this nightmare. I am emotionally, and physically exhausted. There are no words to describe the injustice taking place here. It is a disgrace to this country that this allowed to go on. I am running on empty; the lawyer has succeeded in devastating me and driving me several times to the brink of suicide all in his attempt to squeeze a settlement heck out of me. I do not know if I can live with this man getting away with how he operates. It is eating away at me like a deadly fast-spreading cancer.

13   A copyrighted photo may have ended up on my website by mistake -- **although I don't believe it was and I did not place it there**. Randazza gave me three options. Defend against a $175,000 lawsuit brought on me from a person in Greece (who may or may not exist); pay an extortion settlement price of $10,000-$20,000 or pay a lawyer $25,000-$50,000 to get the case dismissed. It is a tried and true strategy. Crime pays apparently -- because most, if not all, people breakdown when going up against this thug and extortion scam and cut him a check – I refuse to play this game.

14   I have decided to fight this even if it kills me. I am fighting on behalf of everyone who has ever been taken advantage of in this imperfect and lopsided system in place. I am begging you to help me by getting this to the proper person. I am being humiliated, raped, robbed and beaten and no one seems to care about me. I have no more strength remaining.

15   This evil bastard has sucked all of the life out of me and is taking great pleasure in this attack. He is truly an **evil, miserable and sinister** 'person'. This man works with the pornography industry – **where girls oftentimes end up addicted to drugs, infected with disease and committing suicide** -- and recently compared the Islamic prophet Mohammed to a man's Penis on Twitter and the hard copy of that Tweet is on page 117 in the 170-page document I prepared and have been advised to keep to myself until **AFTER** my answer is filed. It will not be attached at this time **or** to my answer which will only be a few pages in length and deny all wrong doing.

16   I can't believe this is happening in America in the year 2015. Yesterday I was advised to change my entire approach to this case by several people including those from law enforcement (Miami Beach Police). I will be meeting with a detective in the next 24-48 hours.

28

17   **I was told that a corporation in FL must have legal defense. Philanthropy & Philosophy, Inc. has been all but shut down since August 2014 so P&P has no way to defend itself. It is a charity website with liabilities exceeding the $772 in the bank. I am the only person involved with P&P and have no money to defend P&P or myself against this extortion attempt.**

18   I guess after tens of thousands of dollars in expenses and thousands of hours of labor, I will be forced to shut the site down because of these people attacking me and the hopes of hundreds of millions of people will be destroyed with that pulling of the plug. Although the site was in active, I did plan on re-starting it next year. I gave 30 television, radio, magazine and newspaper interviews last year. This was one of the most beautiful websites in the world and I have made many enemies because of this. **Being that it is political there may be some powerful people collaborating with Randazza and trying to cripple it.**

19   I can't continue this any longer right now as I have a deadline (today) to deal with. I pray to God for his help to allow me to have my life back and to demolish, destroy and eradicate the two animals who have come out of nowhere to attempt and destroy mine and everything I built in 48 years of my life.

20   This is some system we have. This country should be ashamed of itself. If the court wants to ruin me on some legal technicality, that is fine, I have already had the life sucked out of me. I hope you are all proud of yourselves in the system.

21   I pray to God that someone intervenes on my behalf. I will not be able to live with myself if Randazza gets away with this. Confucius said, *when you seek revenge dig two graves*. That is the direction this is going. The court is forcing me to take matters into my own hands. This is absolutely killing me and I do not know who to turn to. I am sorry for my language. The court allows thugs like Randazza to drive people like myself to the brink of suicide over a $15 photo that I did not even place on my website and may not even be authentic.

22   I have spoken with dozens of people and all I got was a run around for five weeks. Only yesterday did people come forward to give me genuine assistance – the Miami Beach police. There were two visits; seven officers; they were generous with advice and one hour in total time. **They all** understood exactly what was happening and encouraged me to move forward.

23   I am screaming and no one hears me; I am crying and no one sees my tears; I am hyper-ventilating now and am forced to take medication that I will probably become addicted to if this process goes on for much longer. There is a cold-blooded bastard running loose and the court enables, encourages and empowers him to destroy as many lives as possible and abuse the system while cases that are truly important are delayed for years.

29

23   **What more is left for me to do? Is this the law? Sue for $175,000 over a photo <u>of a statue</u> and force the defendant to pay an extortion fee of $10,000-$20,000 or $25,000-$50,000 to a lawyer to defend himself and get the case dismissed with no guaranteed results?**

24   There are 52 photos on the Home page of www.philanthropyandphilosophy.com -- **<u>all</u>** to my knowledge were paid for or taken from free web sites such as Wikimedia Commons. Randazza is a cold-blooded criminal -- he has just not been caught yet. He has taken advantage of every loophole in this system and is laughing all the way to the bank at the expense of innocent victims.

25   The police are already involved and complaints are being filed with all five bars in the states Randazza is registered and licensed. It is my understanding that he has already violated many laws -- including sending me **<u>68</u>** emails since April 25 **and contacting me by phone at 09:23am from 305.985.5524 on May 23, 2015.** In the one-hour trap phone call that I thought I was obligated to accept he managed to let me know that he knows my building well in an attempt to intimidate me. I quote from the call – ***I know your building well***. He was desperately trying to end the dispute before my papers were delivered to the court.

26   Randazza was using the court system as a collection mechanism with **<u>NO</u>** intent on actually going forward, but I have now left him no choice. **Many judges have gotten wise to these trolling operations of using the court system as <u>a tool to force out-of-court settlements</u>.** There is a very big difference between copyright enforcement and copyright trolling. What is going on here is that Randazza tried to scare me into paying more than the infringement is worth, and more than a court would allow. Again, in my opinion there never was an infringement, and I will prove this in court.

27   **I appreciate that you are allowing me to represent myself and my charity. This motion is being sought in good faith and not for the purpose of interposing undue delay.**

28   I do not want to speak with the terrorist who is representing the scam artist and do not know if he will agree to my request for this 14-day delay. Yes, he has been illegally terrorizing me and that needs to be perfectly clear. **He just hasn't been caught yet**. Hopefully the investigating unit from the Miami Beach police will bring justice to those involved in the extortion. I feel bad that they will have to waste time on this when there are more serious things to deal with, but the officer said I have been paying taxes all my life and this is the least they can do for me in return. I guess that makes sense and I appreciated that.

Respectfully Submitted,


Ronnie Moas & Philanthropy & Philosophy, Inc.

Representing himself Pro Se

1504 Bay Road # 2210

Miami Beach, FL 33139

Tel: 786.768.2317

Fax: N/A

X _____

**Founder of www.philanthropyandphilosophy.com**
**Founder and Director of Research at www.standpointresearch.com**
**MBA in Finance, City University of New York (Baruch College)**
**Sergeant, Israeli Army (1987-1990)**

*31*