Case 1:15-cv-21494-JAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Nevena Tsvetenova Vrachovska, Plaintiff

v.

Ronnie Moas, and Philanthropy and Philosophy, Inc.

Defendants

FILED by HP D.C.

JUN 26 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

June 26, 2015

Re: Reply to May 28 and June 22 notes from Judge Joan A. Lenard

There has been a terrible miscommunication between the court and myself and this letter is in reply to the May 28 and June 22 notes from the judge that will clear this all up. Default should not be entered against Philanthropy and Philosophy, Inc. (or myself). Again, I am asking that you take into consideration that I am absolutely forced to represent myself Pro Se with very limited legal knowledge. I will address P&P, Inc. representation below.

I was away from June 9 until June 25 – I am going further $20,000 into debt to sell my photos from around the world at Art Basel in Miami Beach in December so I was in New York, Reykjavik, Munich, Krakow and Zurich taking photos for the show and can prove that I was out of state/country during the last 17 days on request.

1

When I returned home last night (June 25) there was a note from the judge waiting for me. I was given until June 29 to reply to that June 22 note and that is what I am doing here today (June 26). I will also reply below to the May 28 notes from the judge that I saw for the first time at the courthouse on June 8 after I submitted my reply and had it stamped -- just one day before my trip.

I want to start by saying that this case is -- from what I understand -- being dropped. That has been my understanding since June 6 – I have been waiting to receive the non-disparagement agreement referenced below in the message I received from The Plaintiff's attorney on Tuesday, June 23 at 08:51am --

*It is our intention to file an extension with the judge so that we can get this all worked out somehow. We will not seek a default while we are in talks. Enjoy your trip. Marc John Randazza, JD, MAMC, LLM*

*Randazza Legal Group     Miami - Las Vegas - Philadelphia - San Francisco*

That is the most recent of a string of messages confirming that the case may be dropped very soon. See bottom for the previous messages I received on this.

I never received the May 28 notes from the judge until after I submitted my reply on June 8 even though I was told by the clerk in person on May 27 that a copy would be sent via USPS as was the June 22 note that did arrive in my mailbox while I was away. The May 28 notes never arrived via USPS. I did try to log on at PACER in early June

2

but had a problem and abandoned my effort on that end. This is the first legal proceeding of any kind that I have ever been involved in. I assumed the May 27 request I made would be approved and <u>had no idea</u> that there would be instructions attached in the judge's reply so it was not a priority of mine to figure out why I could not get into my case account at PACER. I hand delivered my reply to the original complaint on June 8 after refusing an offer to sign a non-disparagement agreement earlier that day in exchange for having the case dropped.

After I submitted my reply to the clerk on June 8 and it was stamped, the clerk asked if I wanted to receive a copy of the judge's May 28 notes. I told the clerk that I never received those notes even though I was told at the court on May 27 that it would be sent to me via USPS.

When she printed out the notes for me I was disappointed, surprised and speechless. I realized then and there that this system is set up by lawyers for lawyers and that I have no chance to defend myself Pro Se without a <u>tremendous</u> amount of aggravation and inconvenience even though I was led to believe that this Pro Se route was an option.

I decided then and there at the courthouse to leave my 18-page reply with the clerk even though it was not formatted properly and to <u>reverse</u> my decision and accept the non-disparagement agreement. It was one day before my 17-day trip and two days before the June 10 deadline to reply. I decided after I left the courthouse that I would reluctantly sign the non-disparagement agreement after all and have the case dropped. I even scribbled a hand written note to the judge on the reply cover page after it was already time-stamped explaining this miscommunication before I left the courthouse.

With regards to the defense of Philanthropy and Philosophy, Inc. The judge is treating this as a corporation that must have legal counsel. Philanthropy and Philosophy, Inc. was originally set up as a corporation, but in fact it never proceeded beyond the one-man operation and website construction phase -- I have been the only person involved in the (failed) project. The site was not updated since August 2014 – two months before The Plaintiff contacted me. The project had been all but scratched but remains to this day on 'life support' via my support. The site to-date has yet to be audited or completed.

P&P, Inc. has less than $1,000 in assets and more than $2,000 in liabilities. I lost more than $20,000 to-date on this project and I can't afford to pay to defend P&P (or myself). P&P, Inc. does not have any way to pay for a legal defense and should not end up with a black stain on her name <u>for all the world to see</u> if indeed she is not guilty of a crime. If the case is not dropped – and I understand it is being dropped – then I am requesting that the court give me <u>sufficient</u> time to find a (Pro Bono) lawyer (or provide a Pro Bono lawyer) to defend P&P from what I feel and have maintained all along is the victim of a photo trolling extortion scam.  For God's sake, I am a religious man, and photographer -- the last person on Earth who would ever steal anything from anyone – especially from a fellow photographer.  I am $130,000 in debt because I gave away <u>double</u> that ($260,000) to charity in the last 20 years.

We are where we are today because a photo may have ended up on my Home page by mistake; and because the plaintiff sent me a nasty email on October 19. It was not worded properly and there was never a follow up reminder when I completely and honestly forgot to follow up on her claim with an internal investigation.

I spent six months of my life and tens of thousands of dollars of my own money to build the www.philanthropyandphilosophy.com website to help poor people – I hope you are not going to rule against me and/or P&P because of my financial situation and force me to shut the site down. I am in effect Philanthropy and Philosophy, Inc. and the same defense I use for P&P is the same defense I use for myself.

I never had the money to hire a lawyer, accountant, social media manager, fundraiser, directors or any assistance -- aside from two people who were here for a few hours helping me in early 2014 to select photos -- for the website. The only reasons the site remains live is because it would be too painful for me to shut it down – and I still hold out hope that a celebrity endorsement or donor will eventually come through and give the site the attention it deserves.

With regards to my 'tone' that the judge refers to in her May 28 note – no one knows what torment and torture I and my family have been through. This frivolous lawsuit was in effect an attempt to destroy my life and livelihood, and no one (who has not been in my shoes) can understand why my emotions and reaction was as intense as it has been.  If and when someone reads through the stack of 400 pages on my desk tied to this case, they will understand.  Unfortunately, I do not think anyone will ever see or carefully read what I have here on my desk and I don't think anyone really cares either.

I did not know that a *reply to complaint* must be 'concise' until after my June 8 reply was stamped at the courthouse.  I did not think anything in my reply was excessive. I am not

a lawyer and was afraid to leave something out, so I included everything – email exchange excerpts included -- in order to be on the safe side.

If this case is not being dropped, then I will find a Pro Bono lawyer and format it correctly and resubmit. I have a negative net worth of $130,000 that is projected to hit $170,000 in 2016. I have no money to hire a lawyer and I should not be forced to hire a lawyer to defend myself against such a frivolous lawsuit. I am also concerned that if I did pay a lawyer I would not be able to recover those expenses from the plaintiff who is struggling financially; offers her photography services in Greece for just $11.50 an hour; lives more than 5,000 miles from here; and is outside my reach.

I am filing this letter according to the May 28 formatting instructions regarding font size. I was not aware of this restriction prior to my June 8 visit to the courthouse when I delivered my 18-page reply.

In the June 22 letter from the judge, it sounded like she thought I purposely violated the May 28 instructions. Nothing could be further from the truth. I went to great lengths to submit a 'clean' document and the only reason I shrunk some lines (font size) was so that no page would be cut off mid-sentence or mid-paragraph -- that time-consuming effort with innocent and good intentions was apparently disregarded; completely overlooked and not appreciated. Only now am I aware that this format was not acceptable.  I left my June 8 reply at the courthouse because I promised I would do so by June 8 and had no time to revise it before my June 9 flight. Also, I decided <u>then and there</u> that I <u>would</u> sign the non-disparagement agreement in exchange for a dropping of the lawsuit.

With regards to my behaving in a 'civil' manner – my behavior has been <u>in reaction to</u> uncivilized behavior, but the judge does not seem to address this. In the original October 19 email from the photographer I was threatened (implicitly); given an ultimatum; unreasonable deadline of five days; and the plaintiff insinuated that I was a thief. There were then words taken out of context, lies, errors, exaggerations and omissions in the complaint and dozens of upsetting, tormenting, and mocking emails during the April 24 until June 5 timeframe. It was not easy to remain civil and without emotion when my life and businesses were in effect being threatened. I also think that asking me to cap my emotions and word count hurts my case – but I will try to be more civilized going forward. This was the first time in my life that I was sued -- it has devastated me and continues to devastate me emotionally and physically to the point where I am forced to take powerful sedatives (Ativan) to control anxiety and panic attacks -- and in a few instances since April suicidal thoughts and calls to emergency services.

I have two websites, four businesses and several social media pages -- and am thinking to shut everything down because I am scared someone will try to do this to me again in the future. This lawsuit is an abuse of the legal system and in my view destroys whatever credibility the legal system has – that this happens to thousands of people every day is shocking and nauseating to me.

The court is treating me as if I am a criminal and is placing unreasonable demands on me. Asking me to defend myself against a frivolous lawsuit with no legal understanding on my end and nerve damage in my typing finger – I type with one finger. I am being forced to neglect my clients and businesses and this is causing my debts to increase

instead of decrease. I still have no idea what I am doing in this situation and 90% of what I am typing/doing has been disregarded so far. I do not even understand some of the language in the judge's notes from May 28 and June 22. I returned from my trip yesterday evening and my eyes are already burning here and now at 9am the next morning.

There may have been a photo that ended up by mistake on my website – there are more than 150 photos on my website. I thought all of them were paid for or taken from free image searches. I forgot to follow up on the October 19 email (as I said I would on October 19), and was sued for $175,000. I receive more than 1,000 emails a week. This was not the first email I forgot (or had no time) to address; and it will not be the last.

That I, with a negative net worth of $130,000, could be sued over this for $175,000 is completely mind boggling to me and the dozens of highly educated people I have discussed this with. When someone drives 100 miles an hour on the highway and puts other lives at danger, they get off the hook with a few hundred dollars (fine) and slap on the wrist. I have a photo that my assistant may have placed on my philanthropic website by mistake and my life can be destroyed over this?

I do not want to repeat anything that was in the papers I filed previously.

Below is the string of emails I received from the lawyer and plaintiff since June 6 that leads me to believe the case is being dropped.

If this case is not dropped, then I must ask for a 90-180 day delay in this case. My life and four businesses have been all but paralyzed during the last three months and I

8

must be given time to address those businesses and client complaints, and calm down from the daily headaches, chest and stomach pains this process has left me with.

If the case is not dropped, then I will try and find Pro Bono legal representation and resubmit my reply for myself and Philanthropy and Philosophy, Inc. I have been waiting since June 8 to receive the non-disparagement agreement referenced below in the message I received from The Plaintiff's attorney on Tuesday, June 23 at 08:51am.

*It is our intention to file an extension with the judge so that we can get this all worked out somehow. We will not seek a default while we are in talks. Enjoy your trip. Marc John Randazza, JD, MAMC, LLM*

*Randazza Legal Group     Miami - Las Vegas - Philadelphia - San Francisco*


On Saturday, June 6 at 4:51pm I received the following email from The Plaintiff --

Ronnie Moas -- *Mr. Randazza asked me if he can drop the case and I agreed* -- Nevena

Here is my email to the lawyer (Randazza) from June 8 after I dropped off my reply at the courthouse --

I have no money to have a lawyer draw up a non-disparagement agreement for you to sign so I need you to draw this up with <u>both</u> parties being taken into consideration.

Here is his reply from June 8 --

Ronnie,

The deal would be (if we come to one) that we will withdraw the case in exchange for a complete cessation of any and all hostile actions by you, and a complete and total non-disparagement agreement. Jeremy will prepare the document. It will be a 100% peace treaty.

On Mon, Jun 8, 2015 at 6:46 AM, Ronnie Moas <ronnie.moas@verizon.net> wrote:

It is not clear to me if this case is being dropped before my June 8 deadline to file my reply expires.

I simply can't believe that in 2015 in this country a person can be sued for $175,000 over a $15 photo that was used by mistake -- if indeed we are at fault is still not clear to me -- and be forced to settle for $10,000 or pay $25,000-$50,000 to defend against the lawsuit with no guaranteed result. The other option is for me to defend myself and be ruled against because of a technicality, formatting error or legal loophole. It has just been an unbelievable and ongoing nightmare.

I remind you that the image being disputed surfaced here on a free Plato images search with no watermark -- http://mrfreebird.webs.com/plato.htm

Randazza is using the court system as a collection mechanism with <u>little</u> intent on actually going forward. Many judges have gotten wise to these trolling operations of using the court system as <u>a tool to force out-of-court settlements</u>. There's a very big difference between copyright enforcement and copyright trolling. What is going on here is that Randazza tried to scare me into paying more than the infringement is worth, and more than a court would allow -- and I refused to settle. The decision to defend myself and fight has already cost me many times more than the settlement amount requested and that is where the horrible injustice is here.

I deny The Plaintiff's claims in their entirety.

I, Ronnie Moas, am representing myself Pro Se

X _____*Ronnie Moas*_____

1504 Bay Road # 2210

Miami Beach, FL 33139

A copy of this letter was forwarded to The Plaintiff's Attorney via email on June 26, 2015 @ 9:15am